No. 11–7152.   ROBERTSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 11–7153.   STARKS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 11–7154.   QUACO *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–7157.   HOWLIET *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 11–7163.   HARRIS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 11–7168.   VELEZ *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 11–7169.   WALLACE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 11–7170.   TIRADO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 11–7178.   CAMPANA *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–7180.   LAMBERTI *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 11–7193.   DAVIS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–7195.   MCDANIEL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 11–7198.   SCOTT *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–7201.   JACKSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

